**Order entered November 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00779-CV

## HUFFMAN ASSET MANAGEMENT, LLC AND PRAIRIE CAPITAL, LLC, Appellants

### V.

### MAURICE COLTER AND NI-IDA COLTER, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03561-B**

### ORDER

Before the Court is court reporter Robin N. Washington's November 10, 2022 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than November 18, 2022.

/s/ KEN MOLBERG
   JUSTICE